JOSHUA R. DRISKELL (SB 294616)
MOCKENSTURM LLP
josh@mockllp.com
790 E Colorado Blvd., Ste 790
Pasadena, CA 91101
Telephone: 626-389-8252
Facsimile:  626-389-8253

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN LUIS GARCIA | CASE NO. 2:14-cv-04039-PA (Ex) |
| Plaintiff, | |
| v. | ANSWER OF DEFENDANT 11:24 DESIGN, INC. TO  PLAINTIFF'S COMPLAINT |
| SHELTON JACKSON LEE, a/lc/a "SPIKE LEE"; FORTY ACRES AND A MULE FILMWORKS, INC.; 11:24 DESIGN, INC; ART SIMS; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Defendant 11:24 Design, Inc. ("11:24 Design"), by and through Counsel for itself and no other defendant, hereby responds to the Complaint filed by Plaintiff Juan Luis Garcia ("Garcia") as follows:

### INTRODUCTION AND OVERVIEW

1.      11:24 Design admits that Plaintiff "seeks recovery of all remedies available under law" in his Complaint. 11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 1 as they relate to other defendants. Except as expressly admitted herein, 11:24 Design denies each and every allegation of Paragraph 1.

### JURISDICTION AND VENUE

2.      11:24 Design admits the allegations contained within Paragraph 2 of Plaintiff's Complaint. 11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 2 as they relate to other defendants.

3.      11:24 Design admits the allegations contained within Paragraph 3 of Plaintiff's Complaint. 11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 3 as they relate to other defendants.

4.      11:24 Design admits the allegations contained within Paragraph 4 of Plaintiff's Complaint. 11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 4 as they relate to other defendants.

5.      11:24 Design admits the allegations contained within Paragraph 5 of Plaintiff's Complaint. 11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 5 as they relate to other defendants.

///

///

**PARTIES**

**The Plaintiff**

6.     11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 6, and denies each and every allegation of Paragraph 6.

**The Defendants**

7.     11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 7, and denies each and every allegation of Paragraph 7.

8.     11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 8, and denies each and every allegation of Paragraph 8.

9.     11:24 Design admits that it is a corporation organized under the laws of the State of California. 11:24 Design further admits it is an advertising agency. Except as expressly admitted herein, 11:24 denies all allegations of Paragraph 9.

10.     11:24 Design denies that Art Sims, Jr. is the owner of 11:24 Design. For further Answer, Plaintiff herein has erroneously sued Art Sims Jr. who is the son of 11:24 Design owner Art Sims. 11:24 Design admits Art Sims, Jr. is an individual who resides in the state of California. Except as expressly admitted herein, 11:24 Design denies all allegations of Paragraph 10.

11.     11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 11, and on that basis denies each and every allegation of Paragraph 11.

12.     11:24 Design denies the allegations of Paragraph 12 as they relate to 11:24 Design and Art Sims. 11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 12 as they relate to other defendants, and on that basis denies each and every allegation of Paragraph 12

///

# **FACTUAL BACKGROUND**

13.    11:24 Design is informed and believes, and on that basis only admits that Lee directed the motion picture film *Oldboy*. 11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 13 as they relate to the film *Old Boy*, and on that basis denies each and every allegation of Paragraph 13.

14.    11:24 Design denies each and every allegation of Paragraph 14.

15.    11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 15, and on that basis denies each and every allegation of Paragraph 15.

16.    11:24 Design denies each and every allegation of Paragraph 16. For further Answer, 11:24 Design and Art Sims did pay Plaintiff Juan Luis Garcia's $450 invoice sent for work related to the feature film *Old Boy* with a check dated 2/11/2013. Said check was placed into the mailbox at Plaintiff's home, and with a second check dated 12/4/2013 which was sent via United States Postal Service and signed for on 12/5/2013. Except as expressly admitted herein, 11:24 Design denies each and every allegation of Paragraph 16.

17.    11:24 Design denies each and every allegation of Paragraph 17 as they relate to 11:24 Design and Art Sims. 11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 17 as they relate to other defendants, and on that basis denies each and every allegation of Paragraph 17.

18.    11:24 Design denies each and every allegation of Paragraph 18 as they relate to 11:24 Design and Art Sims. 11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 18 as they relate to other defendants, and on that basis denies each and every allegation of Paragraph 18.

19.    11:24 Design denies the allegations of Paragraph 19 as they relate to 11:24 Design and Art Sims. 11:24 Design is without knowledge or information

sufficient to form a belief as to the truth of the allegations of Paragraph 19 as they relate to other defendants, and on that basis denies each and every allegation of Paragraph 19.

### FIRST CLAIM FOR RELIEF
### COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. § 101 ET SEO.

(Against All Defendants)

20.   11:24 Design reasserts and incorporates by reference its responses to Paragraphs 1 through 19 of the Complaint as though fully restated herein.

21.   11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 21, and on that basis denies each and every allegation of Paragraph 21.

22.   11:24 Design denies the allegations of Paragraph 22 as they relate to 11:24 Design and Art Sims. 11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 22 as they relate to other defendants, and on that basis denies each and every allegation of Paragraph 22.

23.   11:24 Design denies the allegations of Paragraph 23 as they relate to 11:24 Design and Art Sims. 11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 23 as they relate to other defendants, and on that basis denies each and every allegation of Paragraph 23.

24.   11:24 Design denies the allegations of Paragraph 24 as they relate to 11:24 Design and Art Sims. 11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 24 as they relate to other defendants, and on that basis denies each and every allegation of Paragraph 24.

25.   11:24 Design denies the allegations of Paragraph 25 as they relate to 11:24 Design and Art Sims. 11:24 Design is without knowledge or information

sufficient to form a belief as to the truth of the allegations of Paragraph 25 as they relate to other defendants, and on that basis denies each and every allegation of Paragraph 25.

26.     11:24 Design denies the allegations of Paragraph 26 as they relate to 11:24 Design and Art Sims. 11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 26 as they relate to other defendants, and on that basis denies each and every allegation of Paragraph 26.

27.     11:24 Design denies the allegations of Paragraph 27 as they relate to 11:24 Design and Art Sims. 11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 27 as they relate to other defendants, and on that basis denies each and every allegation of Paragraph 27.

28.     11:24 Design denies the allegations of Paragraph 28 as they relate to 11:24 Design and Art Sims. 11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 28 as they relate to other defendants, and on that basis denies each and every allegation of Paragraph 28.

## SECOND CLAIM FOR RELIEF
## INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION
## VIOLATION UNDER 17 U.S.C. 1202

(As Against All Defendants)

29.     11:24 Design reasserts and incorporates by reference its responses to Paragraphs 1 through 28 of the Complaint as though fully restated herein.

30.     11:24 Design denies the allegations of Paragraph 30 as they relate to 11:24 Design and Art Sims. 11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 30 as they relate to other defendants, and on that basis denies each and every allegation of Paragraph 30.

31.     11:24 Design denies the allegations of Paragraph 31 as they relate to 11:24 Design and Art Sims. 11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 31 as they relate to other defendants, and on that basis denies each and every allegation of Paragraph 31.

32.     11:24 Design denies the allegations of Paragraph 32 as they relate to 11:24 Design and Art Sims. 11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 32 as they relate to other defendants, and on that basis denies each and every allegation of Paragraph 32.

33.     11:24 Design denies the allegations of Paragraph 33 as they relate to 11:24 Design and Art Sims. 11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 33 as they relate to other defendants, and on that basis denies each and every allegation of Paragraph 33.

34.     11:24 Design denies the allegations of Paragraph 34 as they relate to 11:24 Design and Art Sims. 11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 34 as they relate to other defendants, and on that basis denies each and every allegation of Paragraph 34.

35.     11:24 Design denies the allegations of Paragraph 35 as they relate to 11:24 Design and Art Sims. 11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 35 as they relate to other defendants, and on that basis denies each and every allegation of Paragraph 35.

36.     11:24 Design denies the allegations of Paragraph 36 as they relate to 11:24 Design and Art Sims. 11:24 Design is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 36 as they

relate to other defendants, and on that basis denies each and every allegation of Paragraph 36.

## **PRAYER FOR RELIEF**

37. In Answering the Prayer section of the Complaint, 11:24 Design and Art Sims deny that Plaintiff is entitled to any relief in any form whatsoever from 11:24 Design or Art Sims and specifically denies that Plaintiff is entitled to any of the relief requested in the relevant said sections of the Complaint.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## AFFIRMATIVE DEFENSES

38.    In addition to the defenses described below, 11:24 Design expressly reserves the right to allege additional defenses and amend its Answer to Plaintiff's Complaint as information becomes known through the course of discovery or otherwise.

## FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim for Relief)

39.    Plaintiff has failed to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

(Unclean Hands)

40.    Plaintiff is barred, in whole or in part, by the doctrine of unclean hands.

## THIRD AFFIRMATIVE DEFENSE

(Laches)

41.    Plaintiff is barred, in whole or in part, by the doctrine of laches.

## FOURTH AFFIRMATIVE DEFENSE

(Estoppel)

42.    Plaintiff is barred, in whole or in part, by the doctrine of estoppel.

## FIFTH AFFIRMATIVE DEFENSE

(Waiver)

44.    Plaintiff is barred, in whole or in part, by the doctrine of waiver.

## SIXTH AFFIRMATIVE DEFENSE

(Implied License)

45.    Plaintiff is barred, in whole or in part, by the doctrine of implied license.

## SEVENTH AFFIRMATIVE DEFENSE

(Express License)

46.    Plaintiff is barred, in whole or in part, by granting Defendant an express license.

///

///

**<ins>EIGHTH AFFIRMATIVE DEFENSE</ins>**

(Accord and Satisfaction)

47.     Plaintiff has received full accord and satisfaction for any claim he may have against 11:24 Design.

**<ins>NINTH AFFIRMATIVE DEFENSE</ins>**

(Good Faith)

48.     11:24 Design acted in good faith and did not directly or indirectly perform any acts that would constitute a violation of any rights of Plaintiff or any duty owed to Plaintiff.

**<ins>TENTH AFFIRMATIVE DEFENSE</ins>**

(Fair Use)

49.     Plaintiff's claims are barred by the doctrine of fair use.

**<ins>ELEVENTH AFFIRMATIVE DEFENSE</ins>**

(Invalidity of Copyright)

50.     Plaintiff's purported copyright registrations are invalid due to incorrect, misleading, or fraudulent information provided to the Copyright Office.

**<ins>TWELFTH AFFIRMATIVE DEFENSE</ins>**

(Lack of Scienter)

51.  Plaintiff's purported Second Claim for Relief is barred, in whole or in part, because 11:24 Design did not act with scienter.

**<ins>THIRTEENTH AFFIRMATIVE DEFENSE</ins>**

(Failure to State Claim with Sufficient Particularity)

52.     Plaintiff's purported Second Claim for Relief is barred, in whole or in part, because Plaintiff failed to state a claim with sufficient particularity.

**<ins>FOURTEENTH AFFIRMATIVE DEFENSE</ins>**

(Arbitration)

53.  The Complaint is barred to the extent Plaintiff is required to submit his causes of action to binding arbitration.

///

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Causation)

54.     The Complaint, and each purported claim for relief asserted therein, are barred, in whole or in part, because any losses suffered by Plaintiff were not directly or proximately caused by 11:24 Design but were the result of independent, superseding, and/or supervening causes, including Plaintiff's own acts and the acts of others.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Lack of Subject Matter Jurisdiction/Failure to Register)

55.     Plaintiff's claims are barred for a lack of subject matter jurisdiction because he lacks valid copyright registrations for the intellectual property rights asserted in his Complaint, or has not properly or timely registered his works.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Safe Harbor)

56.     Plaintiff's claims are barred under the Digital Millennium Copyright Act, 17 U.S.C. § 512.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

57.     To the extent Plaintiff suffered any damages, which 11:24 Design and Art Sims expressly deny, Plaintiff has failed to take the steps necessary to mitigate the damages sustained.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Forfeiture or Abandonment)

58.     Plaintiff's claims are barred to the extent he has forfeited or abandoned his intellectual property.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Misuse of Copyright)

59.     Plaintiff's claims are barred by the doctrine of misuse of copyright.

///

///

## TWENTY-FIRST AFFIRMATIVE DEFENSE

(Lack of Volitional Act)

50.     Plaintiff's claims are barred because the alleged infringement was not caused by a volitional act attributable to 11:24 Design

///


DATED: October 15, 2014                    MOCKENSTURM LLP
                                           By: /s/ Joshua R. Driskell
                                           Attorney for Defendants 11:24 Design
                                           and Art Sims, Jr.