IRELL & MANELLA LLP
David A. Schwarz (159376)
DSchwarz@irell.com
David Nimmer (97170)
DNimmer@irell.com
Alexandra Siegel (294977)
ASiegel@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Defendants Shelton Jackson Lee
and 40 Acres and a Mule Filmworks, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN LUIS GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>SHELTON JACKSON LEE, a/k/a "SPIKE LEE;" FORTY ACRES AND A MULE FILMWORKS, INC.; 11:24 DESIGN, INC.; ART SIMS; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:14-cv-04039-PA (Ex)<br>Honorable Percy Anderson<br>Complaint Filed: May 27, 2014<br><br>[~~PROPOSED~~] STIPULATED PROTECTIVE ORDER<br><br>[DISCOVERY MATTER: REFERRED TO THE HONORABLE CHARLES F. EICK, MAGISTRATE JUDGE] |

# [~~PROPOSED~~] ORDER

Pursuant to the Parties' [Proposed] Stipulated Protective Order, **IT IS SO ORDERED.**

Dated: 1/27, 2015

_____
The Honorable Charles F. Eick
United States Magistrate Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3226505

- 1 -

[PROPOSED] STIPULATED PROTECTIVE ORDER