1  IRELL & MANELLA LLP
   David Nimmer (97170)
2  DNimmer@irell.com
   David A. Schwarz (159376)
3  DSchwarz@irell.com
   Alexandra Siegel (294977)
4  ASiegel@irell.com
   1800 Avenue of the Stars, Suite 900
5  Los Angeles, California 90067-4276
   Telephone:  (310) 277-1010
6  Facsimile:  (310) 203-7199

7  *Attorneys for Defendants Shelton Jackson Lee*
8  *and 40 Acres and a Mule Filmworks, Inc.*

9  [Other counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN LUIS GARCIA, | Case No. 2:14-cv-04039-PA (Ex) |
| Plaintiff, | Honorable Percy Anderson |
| v. | Complaint Filed: May 27, 2014 |
| SHELTON JACKSON LEE, a/k/a "SPIKE LEE;" FORTY ACRES AND A MULE FILMWORKS, INC.; 11:24 DESIGN, INC.; ART SIMS; and DOES 1 through 10, inclusive, | **JOINT NOTICE OF SETTLEMENT** |
| Defendants. | |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3349294

JOINT NOTICE OF SETTLEMENT

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that all parties have reached a resolution of the entire case filed May 27, 2014.  Pursuant to the terms of the settlement agreement, the parties will file a joint stipulation for dismissal once the terms of the settlement agreement are accomplished.  The parties are promptly notifying the Court of this development so that the Court may take all existing dates and deadlines in this matter off-calendar.  The parties request that the Court not enter any Order on the pending Motion to Compel Arbitration and to Stay or Dismiss the Litigation [Docket No. 49], currently set for hearing April 20, 2015, at 1:30 p.m.

|                               | Respectfully submitted,            |
|-------------------------------|------------------------------------|
| Dated: April 13, 2015         | IRELL & MANELLA LLP                |

By:   /s/ David A. Schwarz
David A. Schwarz
Attorney for Defendants
SHELTON JACKSON LEE and
FORTY ACRES AND A
MULE FILMWORKS, INC.

Dated: April 13, 2015                    PRIMUTH & DRISKELL LLP

By:   /s/ Joshua R. Driskell
Joshua R. Driskell
Attorney for Defendants
*11:24 DESIGN, INC. and ART SIMS*

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3349294

- 1 -

JOINT NOTICE OF SETTLEMENT

| | |
|---|---|
| Dated: April 13, 2015 | THE LINDE LAW FIRM |

By:    /s/ Douglas A. Linde
     DOUGLAS A. LINDE
     Attorneys for Plaintiff

### Filer's Attestation

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories on whose behalf this filing is jointly submitted concur in the filing's content and have authorized me to file this document.

| | |
|---|---|
| Dated: April 13, 2015 | IRELL & MANELLA, LLP |

By:    /s/ Alexandra Siegel
     Alexandra Siegel
     Attorney for Defendants
     *SHELTON JACKSON LEE and*
     *FORTY ACRES AND A MULE*
     *FILMWORKS, INC.*

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3349294

- 2 -

JOINT NOTICE OF SETTLEMENT